# HUTTS *v.* WILLIAMS.

Supreme Court.—*Appeal.—Cause Commenced Before Justice.—Set-Off.—* Where, in an action commenced in the court of a justice of the peace, and appealed to the circuit court, to recover for a sum less than ten dol-lars, the defendant files a set-off for an amount exceeding that sum, an appeal lies to the Supreme Court from a judgment rendered therein.

SAME.—*Costs.*—*Presumption.*—*Witness.*—Where the fees of witnesses sub-
pœnaed, but not used, by the successful party are taxed to the losing
party as costs, on appeal to the Supreme Court, it will be presumed,
where the evidence is not in the record, that they were rightly taxed.

From the Fountain Circuit Court.

*J. Ristine* and *G. McWilliams*, for appellant.

*H. H. Stilwell* and *T. L. Stilwell*, for appellee.

BIDDLE, J.—Williams sued Hutts, before a justice of
the peace, for two hundred pounds of flour, sold and de-
livered to him;—price, eight dollars.   Hutts filed a set-off
for two bushels of corn, and a sack, and twenty-five
bushels of wheat;—amount, thirty-two dollars and sev-
enty-five cents.   Williams recovered judgment before the
justice for eight dollars, and costs.   Hutts appealed to
the circuit court, wherein Williams again recovered judg-
ment against him, for eight dollars, and costs.   Hutts ap-
pealed to this court, and here Williams moves to dismiss
the appeal for want of jurisdiction, because the amount
in controversy, exclusive of interest and costs, does not
exceed ten   dollars.   His   motion   must   be   overruled.
Hutts appeals, and the amount claimed in his set-off is
the amount in controversy here.   *Little* v. *The Danville,
etc., Plank Road Company*, 18 Ind. 86; *The Morton Gravel
Road Company* v. *Wysong*, 51 Ind. 4.

The appellant complains because the appellee subpœ-
naed several witnesses and examined only one, and taxed
the costs to the appellant.   Perhaps he did not examine
the others because the appellant offered no evidence in
support of his set-off.   We can not tell; the evidence is
not before us, and we must presume that the court was
right.   *Leyner* v. *The State*, 8 Ind. 490; *Fromer* v. *The
State*, 49 Ind. 580.

The judgment is affirmed, with costs and ten per cent.
damages.